**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:25-CV-60114-RS**

STEVEN BETTS, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.

SYMPLE LENDING LLC,

      Defendant.

                                            /

## DEFENDANT SYMPLE LENDING LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Symple Lending LLC ("Symple Lending") submits the following disclosure:

Symple Lending is a limited liability company formed under the laws of the State of Wyoming. There is no publicly held entity that owns 10% or more of Symple Lending's stock.

DATED: March 28, 2025.

                                            Respectfully Submitted,

                                            */s/ Joshua H. Threadcraft*
                                            Joshua H. Threadcraft
                                            (Lead Trial Counsel)
                                            (FL Bar No. 96153)
                                            BURR & FORMAN LLP
                                            420 North 20th Street, Suite 3400
                                            Birmingham, AL 35203
                                            Telephone: (205) 251-3000
                                            Facsimile: (205) 458-5100
                                            Email: jthreadcraft@burr.com

60548457 v1

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on March 28, 2025, I electronically filed the foregoing with

the Clerk of Court using CM/ECF, which will electronically service a copy of the foregoing motion

on the following parties:

Chris Gold
GOLD LAW, P.A.
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
T: 305-900-4653
chris@chrisgoldlaw.com

*Counsel for Plaintiff*

*/s/ Joshua H. Threadcraft*
Joshua H. Threadcraft, Esq. (FL Bar No. 96153)
BURR & FORMAN LLP